**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC, | § | |
| *Plaintiff* | § | |
| | § | SA-25-CV-00185-XR |
| -vs- | § | |
| | § | |
| ERIC DE LA ROSA JR., AMBER LYNN | § | |
| HERNANDEZ,  UNITED STATES OF | § | |
| AMERICA, ON BEHALF OF THE | § | |
| SECRETARY OF HOUSING AND | § | |
| URBAN DEVELOPMENT (HUD); | § | |
| *Defendants* | § | |

**<u>FINAL JUDGMENT</u>**

This action was considered by the Honorable Xavier Rodriguez, and the following

Judgment is rendered. It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

Pennymac Loan Services, LLC's case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 30th day of May, 2025.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE