IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PENNYMAC LOAN SERVICES, LLC,<br>  Plaintiff,<br><br>VS.<br><br>ERIC DE LA ROSA, JR., AMBER LYNN HERNANDEZ, AND UNITED STATES OF AMERICA, ON BEHALF OF THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT,<br>  Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>5:25-cv-00185-XR |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
AS TO ERIC DE LA ROSA JR. AND AMBER LYNN HERNANDEZ**

Under, as allowed by, and in accordance with Rule 55, Federal Rules of Civil Procedure, the plaintiff herein, requests that the Clerk of this Court enter the default of Defendants Eric De La Rosa Jr. and Amber Lynn Hernandez (sometimes hereinafter collectively referred to as "Defendants") for the failure to plead or otherwise defend in this case.

1. As set forth in the attached declaration of Sammy Hooda ("Declaration"), each of the Defendants were duly served with the Complaint filed herein by the plaintiff (the "Complaint") and Summons. Declaration at ¶ 3. The executed Summons upon each of the Defendants were returned to the Clerk of this Court and filed herein on November 12, 2025 and January 22, 2026. ECF Docket Nos. 13, 21. *Id.*

2. The Defendants have not answered the Complaint nor otherwise defended in this civil action, and the deadline to do so under Rule 12(a), Federal Rules of Civil Procedure has passed. *Id.* at ¶ 4.

3.      The Defendants are neither infant or incompetent. *Id.* at ¶ 5. The Defendants are not eligible for relief under the Servicemembers Civil Relief Act [50 U.S.C. Appendix, ¶ 501 et seq.]. *Id.*

WHEREFORE, premises considered, Plaintiff requests that the Clerk of this Court enter default against each of Defendant Eric De La Rosa Jr. and Defendant Amber Lynn Hernandez

DATE: January 22, 2026

    Respectfully submitted,
    MARINOSCI LAW GROUP, P.C.

    */s/ Sammy Hooda*
    Sammy Hooda / TX State Bar No. 24064032
    16415 Addison Road, Suite 725
    Addison, Texas 75001
    Phone: 401.234.9200 x 3002
    Fax: 972.331.5240
    Email: shooda@mlg-defaultlaw.com
    **ATTORNEYS FOR PLAINTIFF**
    **PENNYMAC LOAN SERVICES, LLC**

## **CERTIFICATE OF SERVICE**

I, Sammy Hooda, of Marinosci Law Group, P.C., do hereby certify that a copy of the foregoing pleading was sent to those on the below service list by the method specified therein.

Signed this 22nd day of January 2026.

**VIA Electronic Mail**

    United States Attorney's Office
    Western District of Texas – San Antonio Division
    Clayton.diedrichs@usdoj.gov
    **Attorney for Defendant**
    **United States of America**

    */s/ Sammy Hooda*
    Sammy Hooda